### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA,
### ATLANTA DIVISION

| | |
|---|---|
| PAUL PARSHALL,<br><br>Plaintiff,<br><br>vs.<br><br>CADENCE BANCORPORATION, PAUL B. MURPHY, JR., PRECIOUS W. OWODUNNI, MARC J. SHAPIRO, J. THOMAS WILEY, JR., JOSEPH W. EVANS, J. RICHARD FREDERICKS, WILLIAM B. HARRISON, JR., VIRGINIA A. HEPNER, and KATHY N. WALLER,<br><br>Defendants. | Civil Action No. 1:21-cv-03021-ELR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 4, 2021  **WEISSLAW LLP**

/s/ *Michael A. Rogovin*
Michael A. Rogovin
Georgia Bar No. 780075
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel.: (404) 692-7910
Fax: (212) 682-3010
mrogovin@weisslawllp.com
　　　　-and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*